IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES E. ROSS, #237198

    Plaintiff,

v.                                                                                                   4:14cv557-WS

CORIZON HEALTH SERVICES, et al.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed December 8, 2014. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED

without prejudice for failure to prosecute and to comply with an order of the court.

    3.  The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this     31st     day of     December    , 2014.


                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE